# Order

Michigan Supreme Court
**Lansing, Michigan**

November 4, 2020

Bridget M. McCormack,
Chief Justice

161034

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                    SC: 161034
                    COA: 346348
                    Wayne CC: 18-006351-FH

DEONTON AUTEZ ROGERS,
      Defendant-Appellee.
_____/

      On order of the Court, the application for leave to appeal the January 7, 2020 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *Bostock v Clayton County, Georgia*, ___ US ___; 140 S Ct 1731 (2020).

      We do not retain jurisdiction.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2020



Clerk

b1028